Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of

Division

**SECT.D MAG.2**

**24-2602**

Victoria S. Tillman Felton
12330 i 10 Service RD
New Orleans, LA 70128

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Rose Blunt
Tina Fly
Lynn Cotton
Bernadette Davis
CLB Investments, LLC

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:  *(check one)*  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name  Victoria S. Tillman Felton
Street Address  12330 i-10 Service RD
City and County  New Orleans
State and Zip Code  LA 70128  Louisiana
Telephone Number  757 604 9964
E-mail Address  ben.franklin12@icloud.com

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name  Rose Blunt

Job or Title *(if known)*  General Manager

Street Address  4240 Louisa Street

City and County  New Orleans

State and Zip Code  Louisiana 70126

Telephone Number  985 224 9189

E-mail Address *(if known)*

Defendant No. 2

Name  Tina Fly

Job or Title *(if known)*  Manager

Street Address  7701 Wales Street

City and County  New Orleans

State and Zip Code  Louisiana 70126

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name  Lynn Cotton

Job or Title *(if known)*  11995 Curran RD Manage

Street Address  11975 Curran RD

City and County  New Orleans

State and Zip Code  Louisiana 70128

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name  Bernadette Davis

Job or Title *(if known)*  Manager

Street Address  4240 Louisa Street

City and County  New Orleans

State and Zip Code  Louisiana 70126

Telephone Number  504 222 9298

E-mail Address *(if known)*

Defendent No 5
    CLB Investments LLC
      Business
    P.O.Box 2486
    LAplace, LA 70069

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

41 USC § 6503

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual

      The plaintiff, *(name)* Victoria S. Tillman Felton , is a citizen of the State of *(name)* Florida .

    b.    If the plaintiff is a corporation

      The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual

      The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

> b.    If the defendant is a corporation
>
> The defendant, *(name)* __CLB Investments, LLC__ , is incorporated under the laws of the State of *(name)* __Louisiana__ , and has its principal place of business in the State of *(name)* __Louisiana__ .
> Or is incorporated under the laws of *(foreign nation)* _____ ,
> and has its principal place of business in *(name)* __McDonalds__ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

__75,000__

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

__See Statement attached.__

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    10\31\24

Signature of Plaintiff

Printed Name of Plaintiff    Victoria Tillman Felton

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

Victoria S. Tillman Felton

Vs

CLB Investments, LLC

Upon working for Mc Donald's on Louisa Rd, approximately 2 years when the company was owned by, Crystal Clear Management Inc. I suspected there was some differences in the time worked and the time compensated. When the company was being switched over to CLB Investments, LLC, I was given a employee handbook and explained the new company rules and regulations as well as given a raised from 11.00 and hour to 12.00 and worked 6 days a week which I always would run over 40 hours a week, qualifying for overtime that I didn't received. I noticed on a couple paystubs that I was only being paid 9.00 a hour for being late which started after I was given the handbook and wasn't in the contract, before leaving at the end of your shift all task were to be complete and your relief person was to be present before the manger on duty would give the ok to clock out. Depending on the flow of customers, and work that needed to be done sometimes you're needed to stay late to help out or complete any work that wasn't completed during shift or cover for some one running late. Clocking in and out, the time clock prints out a time stamp of time worked and breaks taken, I began to keep them for my personal record to double check my paystubs as noticed they were not adding up. I asked a Manager to send me a copy of my time stamps that was recorded and noticed there was hours missing, when clocking in and reaching overtime you have to be approved by a manger as well as authorize being clocked in giving them the authority to approve overtime or send you home unitl the next pay period begins. Meaning my paystubs weren't correct I would like to be compensated for hors work for the hourly rate I was hired at and the overtime I word as well as punitive damages.

Victoria S. Tillman Felton